Patricia Lee (8287)
Maria E. Quiroga (13939)
**HUTCHISON & STEFFEN, LLC**
Peccole Professional Park
10080 W. Alta Drive, Suite 200
Las Vegas, Nevada 89145
Telephone: (702) 385-2500
Facsimile (702) 385-2086
plee@hutchlegal.com
mquiroga@hutchlegal.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ETERNAL CHARITY FOUNDATION, a Nevada Non-Profit Corporation; THE KALGIDHAR TRUST, a Nevada Trust.<br><br>Plaintiffs,<br><br>v.<br><br>BBC BROADCASTING INC., a Washington Corporation and Licensee of Station KRPI (AM) 1550 KHZ, Ferndale Washington; KRPI (AM)1550 KHZ-SHER-E-PUNJAB RADIO BROADCASTING INC., a Corporation in Richmond, British Columbia; BHAG SINGH KHELA, an individual; KULDIP SINGH; an individual JAGREET SINGH GILL, an individual, AMARJIT SINGH DUGGAL, an individual.<br><br>Defendants. | Case No: 2:16-cv-02336-JCM-CWH<br><br>**ORDER** |

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that an Order for extending the time for service of process upon defendant Amarjit Singh Duggal is hereby granted;

///

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that an Order extending the time for service in this matter for an additional (90) days from Notice of entry of this Order is hereby granted.

IT IS SO ORDERED.

January 5, 2017

_____
UNITED STATES DISTRICT JUDGE

Submitted by:

HUTCHISON & STEFFEN, LLC

*/s/ Maria E. Quiroga*

_____
Patricia Lee (8287)
Maria E. Quiroga (13939)
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, NV 89145
Tel:   (702) 385-2500
Fax:   (702) 385-2086
plee@hutchlegal.com
mquiroga@hutchlegal.com

*Attorneys for Plaintiffs*