**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ETERNAL CHARITY FOUNDATION, et al, | Case No. 2:16-cv-02336-JCM-CWH |
| Plaintiffs, | |
| v. | |
| BBC BROADCASTING, INC., et al, | **ORDER** |
| Defendants. | |

Presently before the Court is Plaintiffs' motion for leave to conduct jurisdictional discovery (ECF No. 43), filed on December 30, 2016. Defendants filed a response (ECF No. 54) on January 13, 2017. Plaintiffs did not file a reply.

Plaintiffs seek leave to conduct jurisdictional discovery in order to determine the extent to which Defendants' radio broadcast targeted or was otherwise received by Nevada residents. Defendants oppose the motion, arguing that such discovery would be irrelevant to determining personal jurisdiction.

Federal Rule of Civil Procedure 26(d)(1) generally prevents parties from engaging in discovery until after a 26(f) conference, unless so ordered by the court. A court is within its discretion to deny a request for such discovery "when it is clear that further discovery would not demonstrate facts sufficient to constitute a basis for jurisdiction." *Am. W. Airlines, Inc. v. GPA Grp., Ltd.*, 877 F.2d 793, 801 (9th Cir. 1989). Further, "[w]here a plaintiff's claim of personal jurisdiction appears to be both attenuated and based on bare allegations in the face of specific denials made by the defendants, the Court need not permit even limited discovery." *Pebble Beach Co. v. Caddy*, 453 F.3d 1151, 1160 (9th Cir. 2006) (quotation marks and internal citations omitted).

Here, Plaintiffs provide no evidence to back their claims that Defendants' broadcasts targeted Nevada residents. Defendants have submitted evidence, which Plaintiffs have not contradicted, that their radio broadcasts do not target Nevada residents. The Court finds that evidence that a number

of Nevada residents heard the broadcast would not change the jurisdictional analysis, and therefore not serve to establish the Court's personal jurisdiction over Defendants.  Plaintiffs' motion is therefore denied.

  IT IS THEREFORE ORDERED that Plaintiffs motion for jurisdictional discovery (ECF No. 43) is DENIED.

DATED: January 26, 2017.

_____
C.W. Hoffman, Jr.
United States Magistrate Judge

2